# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS SUPRANOVICH,<br>　　Plaintiff(s),<br>v.<br>JUAN JULIO, et al.,<br>　　Defendant(s). | Case No. 2:24-cv-00979-JAD-NJK<br>**ORDER**<br>[Docket No. 13] |

On February 2, 2025, the Court issued a screening order that found a colorable Eighth Amendment claim was stated against a John Doe. Docket No. 3. Pending before the Court is Plaintiff's motion to substitute H. Henderson, a food services manager at SDCC, in place of John Doe. Docket No. 13. The motion to substitute is **GRANTED**.

In light of the above, no later than August 28, 2025, the Attorney General's Office must file a notice advising the Court and Plaintiff of whether it accepts service on behalf of H. Henderson and, if not, that it will be filing under seal the last-known address information for H. Henderson.[1]

IT IS SO ORDERED.

Dated: August 7, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] "As to any of the named defendants for whom the Attorney General's Office cannot accept service, the Office shall file, under seal, but shall not serve the inmate Plaintiff the last known address(es) of those defendant(s) for whom it has such information. If the last known address of the defendant(s) is a post office box, the Attorney General's Office shall attempt to obtain and provide the last known physical address(es)." Docket No. 9 at 2.

1