# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

THOMAS SUPRANOVICH,

    Plaintiff(s),

v.

JUAN JULIO, et al.,

    Defendant(s).

Case No. 2:24-cv-00979-JAD-NJK

**ORDER**

[Docket No. 16]

Pending before the Court is a motion to extend the time to file a notice regarding acceptance of service as to H. Henderson. Docket No. 16. For good cause show, the motion to extend is **GRANTED**. The deadline to file this notice is **EXTENDED** to September 5, 2025.

IT IS SO ORDERED.

Dated: August 29, 2025

                              Nancy J. Koppe
                              United States Magistrate Judge