UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS SUPRANOVICH,<br><br>                   Plaintiff,<br><br>  v.<br><br>JUAN JULIO, et al.,<br><br>                   Defendants. | Case No. 2:24-cv-00979-JAD-NJK<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ACCEPT SERVICE FOR H. HENDERSON**<br><br>**[Second Request]** |

Defendants, James Dzurenda, John Julio, Gabriela Najera, and Karissa Currier by and through Aaron D. Ford, Attorney General for the State of Nevada, and Nathan M. Claus, Deputy Attorney General, hereby request an extension of time to for Extension of Time to Accept Service for H. Henderson. ECF No. 14. This is the second request the Defendants have made.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.    RELEVANT FACTS AND PROCEDURAL HISTORY AND ARGUMENT**

Plaintiff Thomas Supranvich is an inmate in the custody of the Nevada Department of Corrections (NDOC) and is currently incarcerated at Southern Desert Correctional Center (SDCC). On August 7, 2025, this Court granted Plaintiff's motion to substitute H. Henderson for one of the doe defendants in his complaint. ECF No. 14. As part of that order, the court ordered the Office of the Attorney General to provide notice regarding

service by August 28, 2025. *Id*. The Court granted the defendants' prior request for an extension and set the new deadline as September 5, 2025. ECF No. 17.

There is currently an ongoing statewide outage, which blocks the Attorney General's Office's VPN access. The Court has been informed by General Counsel of the issue. Therefore, Counsel for Defendant has very limited access to case files and documents. Relevant to this request is that the database with former employees' contact and other information is still unavailable to be accessed by counsel. Therefore, Counsel requests an additional 14 days to respond to the motion, making the new response deadline as Friday, September 19, 2025.

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendants' request is timely and will not hinder or prejudice Plaintiff's case, as the trial date is not imminent. The requested extension of time should permit the Defendants to file a proper and complete response to the motion to allow the Court to rule on all of the claims raised. Therefore, the Defendants request additional time to prepare and file the response.

//
//
//
//
//
//
//

## II. CONCLUSION

Defendants assert that the requisite good cause and extenuating circumstance are present to warrant the requested extension of time. Therefore, the Defendants request an extension until September 19, 2025, to file the response to Plaintiff's Motions.

AARON D. FORD
Attorney General

By: /s/ Nathan M. Claus
NATHAN M. CLAUS (Bar No. 15889)
Deputy Attorney General

*Attorneys for Defendants*

**IT IS SO ORDERED**

_____
Nancy J. Koppe
United States Magistrate Judge

Dated: September 5, 2025