1  AARON D. FORD
     Attorney General
2  NATHAN M. CLAUS (Bar No. 15889)
     Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  1 State of Nevada Way, Suite 100
   Las Vegas, Nevada 89119
5  (702) 486-7629 (phone)
   (702) 486-3768 (fax)
6
   *Attorneys for Defendants,*
7  *James Dzurenda, John Julio,*
   *Gabriela Najera, Karissa Currier,*
8  *and Melvin Henderson*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| THOMAS SUPRANOVICH, | Case No. 2:24-cv-00979-JAD-NJK |
|---|---|
| Plaintiff, | |
| v. | **DEFEDANTS' MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO COMPEL** |
| JUAN JULIO, et al., | **ECF NO. 26** |
| Defendants. | **[FIRST REQUEST]** |

Defendants, James Dzurenda, John Julio, Gabriela Najera, Karissa Currier, and Melvin Henderson, by and through Aaron D. Ford, Attorney General for the State of Nevada, and Nathan M. Claus, Deputy Attorney General, hereby submit this motion for extension of time to file a response to Plaintiff's Motion to Compel. ECF No. 26. This is the first request and is only for seven days, making the proposed ~~reply~~ response date January 9, 2026.

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.    PROCEDURAL HISTORY**

Plaintiff Thomas Supranovich sues James Dzurenda, John Julio, Gabriela Najera, Karissa Currier, and Melvin Henderson for alleged events that took place while he was incarcerated at Southern Dessert Correctional Center. ECF No. 4.

Plaintiff filed a motion to compel seeking production of documents. ECF No. 26. Responses to this motion are due on January 2, 2026. *Id.*

///

Page **1** of 4

Defendants are requesting a 7-day extension of this deadline due to preplanned family trips by counsel during December 22, 2025, through January 3, 2026, which will cause him to have limited access to his documents needed to respond to this motion.

## II. ARGUMENT

Motions to extend deadlines set out in a discovery plan or scheduling order are governed by Fed. R. Civ. P. 16(b)(4) and LR 26-3. To prevail on a motion to extend a scheduling order deadline, the moving party must show "good cause." *Id.*

To demonstrate good cause, the parties must show "that, even in the exercise of due diligence, [the parties were] unable to meet the timetable set forth in the order." *Cruz v. City of Anaheim*, CV-1003997-MMM-JEMX, 2011 WL 13214312, at *2 (C.D. Cal. Dec. 19, 2011) (citing *Zivkovic v. Southern California Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992)). Prejudice to the opposing party is a factor in determining good cause, though lack of prejudice is "not a prerequisite." *Id.*

Counsel for Defendants has two preplanned trips to see family over the Christmas and New Years holidays.[1] During this time, counsel will be responding to emails sporadically but will have difficulty responding to this motion because he will have limited access to his documents needed to respond to this motion.

Good cause is present to extend the response deadline until January 9, 2026, because of these preexisting trips. In addition, it would be burdensome for Defendants to have another counsel from the Office of the Attorney General respond to this motion because undersigned counsel is well aware of these facts and can fully respond to the opposition, while it would take new counsel longer to learn the facts than for current counsel to respond. The seven-day extension will not prejudice Plaintiff since this extension is minor and will not delay this case too much.

Accordingly, Defendants respectfully request that the extension be granted for good cause shown. *See Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1260, (9th Cir. 2010)

---

[1] The specifics on the details of these trips can be provided to the court upon request.

(holding that the "district court abused its discretion in denying party's timely motion" to extend time because the party "demonstrated the 'good cause' required by Rule 6, and because there was no reason to believe that [the party] was acting in bad faith or was misrepresenting his reasons for asking for the extension").

### III. CONCLUSION

Based on the foregoing, and for good cause, Defendants request an extension of time until January 9, 2026, for them to file their ~~reply in support of their motion for summary judgment.~~ response to the motion to compel.

DATED this 19th day of December, 2025.

AARON D. FORD
Attorney General

By: /s/ Nathan M. Claus
NATHAN M. CLAUS (Bar No. 15889)
Deputy Attorney General

*Attorneys for Defendants*

IT IS SO ORDERED.
Dated:  December 22, 2025
.
.
_____
Nancy J. Koppe
United States Magistrate Judge