# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Thomas Supranovich,

    Plaintiff(s),

v.

Juan Julio, et al.,

    Defendant(s).

Case No. 2:24-cv-00979-JAD-NJK

**Order**

[Docket No. 31]

Pending before the Court is Defendants' motion to extend the dispositive motion deadline. Docket No. 31. The motion is based on the pendency of Plaintiff's motion to compel discovery and representations of an imminent substitution of counsel. *See id.* at 2. For good cause shown, the motion to extend is **GRANTED**. Case management deadlines are **RESET** as follows:

- Amend pleadings/ add parties: closed
- Discovery cutoff: closed
- Discovery motions: closed
- Dispositive motions: March 21, 2026
- Joint proposed pretrial deadline: 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: January 20, 2026

                        _____
Nancy J. Koppe
United States Magistrate Judge

1