**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Thomas Supranovich, | Case No. 2:24-cv-00979-JAD-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket Nos. 35, 40] |
| Juan Julio, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion for sanctions.  Docket No. 35.  Also pending before the Court is an order to show cause.  Docket No. 40.  The Court **SETS** these matters for a hearing at 3:00 p.m. on April 24, 2025, in Courtroom 3C.  Defense counsel must make arrangements for Plaintiff to appear at this hearing remotely.  Attorney Regalia must appear in-person at this hearing.  In addition, a supervising attorney (Chief Deputy Attorney General or higher) must also appear in-person at this hearing.

IT IS SO ORDERED.

Dated: April 9, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1