AARON D. FORD
  Attorney General
JOHN REGALIA (Bar No. 16969)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-3106 (phone)
(702) 486-3768 (fax)

*Attorneys for Defendants*
*James Dzurenda, John Julio,*
*Gabriela Najera, Karissa Currier,*
*and Melvin Henderson*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS SUPRANOVICH, | Case No. 2:24-cv-00979-JAD-NJK |
| Plaintiff, | |
| v. | **STIPULATION FOR EXTENSION TO THE DISPOSITIVE MOTION DEADLINE** |
| JUAN JULIO, et al., | **(SECOND REQUEST)** |
| Defendants. | |

Plaintiff, Thomas Supranovich, (Supranovich) *pro se,* and Defendants, James Dzurenda, John Julio, Gabriela Najera, Karissa Currier, and Melvin Henderson, by and through Aaron D. Ford, Attorney General for the State of Nevada, and John Regalia, Deputy Attorney General, hereby respectfully submit the following Stipulation to extend dispositive deadlines. This is the Second Request.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    PROCEDURAL HISTORY

Plaintiff Thomas Supranovich (Supranovich) sues James Dzurenda, John Julio, Gabriela Najera, Karissa Currier, and Melvin Henderson for alleged events that took place while he was incarcerated at Southern Dessert Correctional Center. ECF No. 4.

///

Page 1 of 3

Discovery completed in this matter on December 22, 2025. ECF No. 23. Plaintiff filed a Motion to Compel discovery on December 19, 2025. The court granted Plaintiff's Motion to Compel on January 22, 2026, and Ordered Defendants to produce the contested documents. ECF No. 33.

Plaintiff filed a motion for Sanctions alleging Defendants did not fully comply with the Motion to Compel on March 06, 2026. ECF No. 35. The Court granted in part and denied in part Plaintiff's Motion for Sanctions. Parties must meet and confer to discuss any costs incurred as well as to ensure there are no outstanding discovery issues that need to be resolved. For this reason, parties have agreed to an extension of the dispositive motion deadline to facilitate these discussions and to resolve any final concerns before dispositive motions are filed.

## II.  LEGAL STANDARD

Motions to extend deadlines set out in a discovery plan or scheduling order are governed by Fed. R. Civ. P. 16(b)(4) and LR 26-3. To prevail on a motion to extend a scheduling order deadline, the moving party must show "good cause." *Id.*

To demonstrate good cause, the parties must show "that, even in the exercise of due diligence, [the parties were] unable to meet the timetable set forth in the order." *Cruz v. City of Anaheim*, CV-1003997-MMM-JEMX, 2011 WL 13214312, at *2 (C.D. Cal. Dec. 19, 2011) (citing *Zivkovic v. Southern California Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992)). Prejudice to the opposing party is a factor in determining good cause, though lack of prejudice is "not a prerequisite." *Id.*

A stipulation is an agreement between the parties as to a fact of the case, and, as such, it is evidence introduced by both of the parties. *U.S. v. Hawkins*, 215 F.3d 858, 860 (8th Cir. 2000). Stipulations relating to proceedings before the court . . . must be in writing and signed by all parties who have appeared or their attorneys. LR 7-1(a). No stipulations relating to proceedings before the court . . . are effective until approved by the court. LR 7-1(b).

### III.   ARGUMENT

Parties have agreed to a sixty (60) day extension of the dispositive motion deadline. Parties contend good cause exists to allow time to integrate the newly produced discovery into dispositive motions and resolve any final discovery disputes prior to the filing of dispositive motions. Finally, parties are currently conducting settlement discussions, and this extension will help facilitate these discussions.

### PROPOSED DEADLINE

- Current Dispositive Motion Deadline:  May 19, 2026.
- Proposed Dispositive Motion Deadline:  July 18, 2026

DATED this 15th day of May, 2026.    DATED this 15th day of May, 2026.

By: _____          By: /s/ John Regalia
THOMAS SUPRANOVICH                   JOHN REGALIA (Bar No. 16969)
#1150544                             Deputy Attorney General
Plaintiff, *Pro Se*

### ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
DATE: _____5/21/2026_____