AARON D. FORD
Attorney General
JOHN REGALIA (Bar No. 16969)
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-3106 (phone)
(702) 486-3768 (fax)

*Attorneys for Defendants*
*James Dzurenda, John Julio,*
*Gabriela Najera, Karissa Currier,*
*and Melvin Henderson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS SUPRANOVICH,<br>Plaintiff,<br>v.<br>JUAN JULIO, et al.,<br>Defendants. | Case No. 2:24-cv-00979-JAD-NJK<br><br>**STIPULATION FOR EXTENSION TO THE DISPOSITIVE MOTION DEADLINE (THIRD REQUEST)** |

Plaintiff, Thomas Supranovich, (Supranovich) *pro se;* Defendants, James Dzurenda, John Julio, Gabriela Najera, Karissa Currier, and Melvin Henderson, by and through Aaron D. Ford, Attorney General for the State of Nevada, and John Regalia, Deputy Attorney General, hereby respectfully submit the following Stipulation to extend dispositive deadlines.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I. PROCEDURAL HISTORY**

Plaintiff Thomas Supranovich (Supranovich) sues James Dzurenda, John Julio, Gabriela Najera, Karissa Currier, and Melvin Henderson for alleged events that took place while he was incarcerated at Southern Dessert Correctional Center. ECF No. 4. Discovery was completed in this matter on December 22, 2025. ECF No. 23.

///

Parties have entered settlement talks and believe that they are nearing a settlement. On July 14, 2026, parties conducted a meet and confer to further discuss settlement and agreed to a stipulation to extend the dispositive deadlines thirty days to facilitate these discussions.

## II. LEGAL STANDARD

Motions to extend deadlines set out in a discovery plan or scheduling order are governed by Fed. R. Civ. P. 16(b)(4) and LR 26-3. To prevail on a motion to extend a scheduling order deadline, the moving party must show "good cause." *Id.*

To demonstrate good cause, the parties must show "that, even in the exercise of due diligence, [the parties were] unable to meet the timetable set forth in the order." *Cruz v. City of Anaheim*, CV-1003997-MMM-JEMX, 2011 WL 13214312, at *2 (C.D. Cal. Dec. 19, 2011) (citing *Zivkovic v. Southern California Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992)). Prejudice to the opposing party is a factor in determining good cause, though lack of prejudice is "not a prerequisite." *Id.*

A stipulation is an agreement between the parties as to a fact of the case, and, as such, it is evidence introduced by both of the parties. *U.S. v. Hawkins*, 215 F.3d 858, 860 (8th Cir. 2000). Stipulations relating to proceedings before the court . . . must be in writing and signed by all parties who have appeared or their attorneys. LR 7-1(a). No stipulation relating to proceedings before the court . . . are effective until approved by the court. LR 7-1(b).

## III. ARGUMENT

Parties have agreed to a thirty (30) day extension of the dispositive motion deadline. Parties contend good cause exists as parties believe they are nearing a potential settlement and additional time will help finalize the remaining terms of a potential agreement.

///

///

///

**PROPOSED DEADLINE**

- Current Dispositive Motion Deadline: July 17, 2026.
- Proposed Dispositive Motion Deadline: August 16, 2026

DATED this 16th day of July, 2026.

By: /s/
THOMAS SUPRANOVICH
#1150544
*Plaintiff, Pro Se*

DATED this 16th day of July, 2026.

By: /s/ John Regalia
JOHN REGALIA (Bar No. 16969)
Deputy Attorney General

**ORDER**

IT IS SO ORDERED.

U.S. District Judge Jennifer A. Dorsey
Dated: July 20, 2026, nunc pro tunc to July 17, 2026