**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Thomas Supranovich,

Plaintiff(s),

v.

Juan Julio, et al.,

Defendant(s).

Case No. 2:24-cv-00979-JAD-NJK

**Order**

On September 21, 2026, Defendants filed a notice of settlement and represented that dismissal papers would be filed "within the next few days." Docket No. 52. Dismissal papers have not been filed. The parties must file dismissal papers by November 16, 2026.

IT IS SO ORDERED.

Dated: November 2, 2026

Nancy J. Koppe
United States Magistrate Judge