AARON D. FORD
Attorney General
JOHN REGALIA (Bar No. 16969)
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-3106 (phone)
(702) 486-3768 (fax)
Email: jregalia@ag.nv.gov

*Attorneys for Defendants*
*James Dzurenda, John Julio,*
*Gabriela Najera, Karissa Currier,*
*and Melvin Henderson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

THOMAS SUPRANOVICH,

Plaintiff,

v.

JUAN JULIO, et al.,

Defendants.

Case No. 2:24-cv-00979-JAD-NJK

**STIPULATION AND ORDER DISMISSING CASE**

ECF No. 54

IT IS HEREBY STIPULATED by and between Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and John Regalia, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Thomas Supranovich (#1150544), that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 23rd day of July, 2026.

Thomas Supranovich, #1150544
*Plaintiff*

DATED this 23rd day of July, 2026.

AARON D. FORD
Attorney General

/s/ John Regalia
JOHN REGALIA (Bar No. 16969)
*Attorneys for Defendants*

## ORDER

Based on the parties' stipulation **[ECF No. 54]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

U.S. District Judge Jennifer A. Dorsey
Dated: November 20, 2026